AO93(Rev 5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

1715 Bladensburg Road, NE
d/b/a ACE Imports
Washington, DC

**SEARCH WARRANT**

CASE NUMBER: 0 8 - 2 2 6 - M - 0 1

TO: __Diane Eickman__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Criminal Special Investigator, United States Attorney's Office__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location):
1715 Bladensburg Rd, NE, Washington, D.C., ACE Imports consists of a used car lot surrounded by a chain link fence that has a white sign with black letters attached to the fence at the corner of Rand Place, N.E. and Bladensburg Rd, N.E. that reads, "ACE IMPORTS QUALITY USED CARS (202) 398-5280." The only structure on the lot is a single wide trailer believed to be the office for ACE Imports. The sides of the trailer are white with glass windows, the top is brown and the entrance to the trailer is a glass door located in the center of the trailer which faces Bladensburg Rd, N.E. Near the top of the glass entrance door in the center are white numbers that read "1715". The entrance to both the lot and office is gained through a gate in the chain link fence located on the Rand Place, N.E. side of the property. On the right side of the entrance gate there is a white sign with red letters that reads "WALK IN RIDE OUT."
in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

**See Attached Affidavit and Attachments A through C made a part thereof.**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before __April 11, 2008__
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

APR 02 2008 @ 1:55 PM   at Washington, DC

Date and Time Issued DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer        Signature of Judicial Officer

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 4/2/08 | 4/2/08 at 3:15 PM | No one present at the business. Warrant was left on a desk near the front door of the business. |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attached

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

**FILED**
APR - 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed, sworn to, and returned before me this date.

_[signature]_                                04-08-2008
U.S. Judge or U.S. Magistrate Judge          Date

# Inventory Listing of All Items Seized at Search Warrant Site

| | | |
|---|---|---|
| **Site Name:** Ace Imports | **Investigation Number:** 1000218574 | **Report Date:** Wednesday, April 02, 2008 |
| 1715 Bladensburg Road, NE Washington, DC 20002 | **Starting Date and Time:** 04/02/2008 03:34 PM | |
| | **Ending Date and Time:** 04/02/2008 07:25 PM | |

---

**Control #:** 1  
**Location:** Office  
**Found:** Desk w/ computer  
**Description:** Seized Per Warrant — Car orders and Bill of Sales  
**Evidence Box:** 1  
**Locator Code:**

---

**Control #:** 2  
**Location:** Office  
**Found:** Top of Filing Cabinet  
**Description:** Seized Per Warrant — Car order and Bill of Sale  
**Evidence Box:** 1  
**Locator Code:**

---

**Control #:** 3  
**Location:** Office  
**Found:** Office Floor  
**Description:** Seized Per Warrant — Dell Laptop Model Number PP01L LBL P/N 74FCD A02  
**Evidence Box:** 2  
**Locator Code:**

---

**Control #:** 4  
**Location:** Office  
**Found:** Office Floor  
**Description:** Seized Per Warrant — HP Compact Product Number DM5725S#ABA S/N USV335037S  
**Evidence Box:** 2  
**Locator Code:**

---

**Control #:** 5  
**Location:** Office  
**Found:** Credenz in corner by desk  
**Description:** Seized Per Warrant — Verizon invoice for Ace Imports, Blank FedEx Airbill, Documents related to international shipment, Iron Planet Buyer Qualification  
**Evidence Box:** 1  
**Locator Code:**

---

**Control #:** 6  
**Location:** Office  
**Found:** Office Filing Cabinet  
**Description:** Seized Per Warrant — Used Car Record Envelopes  
**Evidence Box:** 1  
**Locator Code:**

| Control #: | 7 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | Storage Room 1 | Locator Code: | |
| Found: | In Brown Box | | |
| Description: | Seized Per Warrant | Blank Used Vehicle Agreement for Ace Imports, 2 client receipts | |

| Control #: | 8 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | Office | Locator Code: | |
| Found: | Office Filing Cabinet | | |
| Description: | Seized Per Warrant | Bank of America Fund Transfer Request, Special Delivery Agreements | |

| Control #: | 9 | Evidence Box: | 2 |
|---|---|---|---|
| Location: | Office | Locator Code: | |
| Found: | Top Drawer of Desk | | |
| Description: | Seized Per Warrant | CD Labeled BOE | |

| Control #: | 10 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | Office | Locator Code: | |
| Found: | Office Filing Cabinet | | |
| Description: | Seized Per Warrant | Retail Buyers Orders | |

| Control #: | 11 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | Office | Locator Code: | |
| Found: | On Floor Behind Desk closest to Door | | |
| Description: | Seized Per Warrant | Car Orders & Bills of Sale | |

| Control #: | 12 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | Office | Locator Code: | |
| Found: | Basket Next to Filing Cabinet Near 1st Desk | | |
| Description: | Seized Per Warrant | Lan Order and Bill of Sales, Used Car Record Envelopes, Bank NSF Notice, ACE Product Warranty Agreement, Ace Imports Basic Business License | |

| Control #: | 13 | Evidence Box: | 3 |
|---|---|---|---|
| Location: | Office | Locator Code: | |
| Found: | Floor Behind Desk Under A/C Unit | | |
| Description: | Seized Per Warrant | Sales Invoices, Copies of Certificate of Title | |

| Control #: | 14 | Evidence Box: | 3 |
|---|---|---|---|
| Location: | Office | Locator Code: | |
| Found: | On Floor Behind Desk closest to Door | | |
| Description: | Seized Per Warrant | 2007-2008 Bill of Sales, Copies of Certificate of Title & Driver's Licenses, Shipment Records, Letters | |

| | | | |
|---|---|---|---|
| Control #: | 15 | Evidence Box: | 3 |
| Location: | Office | Locator Code: | |
| Found: | Floor Behind Desk | | |
| Description: | Seized Per Warrant | Various Titles and Bills of Sale, Utillity Bills, Bills of lading, Used Vehicle Order Book, Business contact | |

| | | | |
|---|---|---|---|
| Control #: | 16 | Evidence Box: | 3 |
| Location: | Office | Locator Code: | |
| Found: | Credenz in corner by desk | | |
| Description: | Seized Per Warrant | Reciept Book | |

| | | | |
|---|---|---|---|
| Control #: | 17 | Evidence Box: | 3 |
| Location: | Office | Locator Code: | |
| Found: | Floor Behind Desk | | |
| Description: | Seized Per Warrant | Sales Invoices, Export Certificates of Registrations | |

| | | | |
|---|---|---|---|
| Control #: | 18 | Evidence Box: | 3 |
| Location: | Office | Locator Code: | |
| Found: | Office | | |
| Description: | Seized Per Warrant | Bill of sale, Buyers orders, Contract Paperwork with John Aaron Hardy, Letter from DEA, Power of Attorney for James Johnson. Honda Finance Installment Contract | |

| | | | |
|---|---|---|---|
| Control #: | 19 | Evidence Box: | 4 |
| Location: | Office | Locator Code: | |
| Found: | 2nd Desk Bottom Drawer on Right | | |
| Description: | Seized Per Warrant | Bill of Sale, Transaction List, Receipts | |

| | | | |
|---|---|---|---|
| Control #: | 20 | Evidence Box: | 4 |
| Location: | Office | Locator Code: | |
| Found: | 2nd Desk Bottom Drawer | | |
| Description: | Seized Per Warrant | Bills of Sale, Receipts, Transaction List | |

| | | | |
|---|---|---|---|
| Control #: | 21 | Evidence Box: | 4 |
| Location: | Office | Locator Code: | |
| Found: | 2nd Desk Drawer Closets to Windows | | |
| Description: | Seized Per Warrant | Car Receipts, Bill of Sale | |

| | | | |
|---|---|---|---|
| Control #: | 22 | Evidence Box: | 4 |
| Location: | Office | Locator Code: | |
| Found: | 2nd Desk Bottom Drawer | | |
| Description: | Seized Per Warrant | Bill of Sale, Transaction Lists, Receipts | |

| | | | | |
|---|---|---|---|---|
| Control #: | 23 | | Evidence Box: | 4 |
| Location: | Office | | Locator Code: | |
| Found: | Top Drawer of 2nd Desk | | | |
| Description: | Seized Per Warrant | Manheim records, Invoices, Car Order & Bill of Sale, Documents from DCOTR, Wachovia Check Stub payable to Ace Imports, Motor Vehicle Salesman ID, DC Govern'mt transmittal sheet, Iron Planet Buyer Qulaification, Bank of America Check Stub, Business cards | | |
| Control #: | 24 | | Evidence Box: | 4 |
| Location: | Office | | Locator Code: | |
| Found: | Middle Drawer of Desk on Left Side | | | |
| Description: | Seized Per Warrant | Correspondence from Ronald Webne re DCRA v Ogunbiyi, FedEx Intl Air Waybill, Car Order, Bill of Sale, Title copy from Manheim, Buyer copy Fredricksburg Auto Auction, Retail Order Toyota of Greensburg | | |
| Control #: | 25 | | Evidence Box: | 4 |
| Location: | Office | | Locator Code: | |
| Found: | Left Desk Drawer | | | |
| Description: | Seized Per Warrant | Bill of Sale Titles | | |
| Control #: | 26 | | Evidence Box: | 4 |
| Location: | Office | | Locator Code: | |
| Found: | Right side drawer of desk w/ printer | | | |
| Description: | Seized Per Warrant | Purchase receipts from auto auctions, carious titles, bills of sale, docs & check copies to DC OTR, IRS form W-9 (Ace Imports), Penbroke Marine wire transfer info, Business cards, contacts, telephone numbers | | |
| Control #: | 27 | | Evidence Box: | 4 |
| Location: | Office | | Locator Code: | |
| Found: | Behind Desk | | | |
| Description: | Seized Per Warrant | Sales Invoice | | |
| Control #: | 28 | | Evidence Box: | 4 |
| Location: | Office | | Locator Code: | |
| Found: | Behind Desk | | | |
| Description: | Seized Per Warrant | Copies of Sales invoices from Auto Auction in PA to Ace Imports | | |
| Control #: | 29 | | Evidence Box: | 4 |
| Location: | Office | | Locator Code: | |
| Found: | Behind Desk | | | |
| Description: | Seized Per Warrant | Copies of Sales Invoices from Auto Auction in PA to Ace Imports | | |

| | | | |
|---|---|---|---|
| **Control #:** | 30 | **Evidence Box:** | 4 |
| **Location:** | Office | **Locator Code:** | |
| **Found:** | Office | | |
| **Description:** | Seized Per Warrant | Car Titles from DC, PA, NJ, MD, Maine, North Carolina, Virgina, and Kentucky | |

| | | | |
|---|---|---|---|
| **Control #:** | 31 | **Evidence Box:** | 5 |
| **Location:** | Office | **Locator Code:** | |
| **Found:** | On Floor Behind Desk Closest to Door- Desk 1 | | |
| **Description:** | Seized Per Warrant | Bill of Sales, List of phone numbers, shipping records, letters, bank statements, coies of vehicles titles, mileage disclosure records, miscellaneous financial records | |

| | | | |
|---|---|---|---|
| **Control #:** | 32 | **Evidence Box:** | 5 |
| **Location:** | Office | **Locator Code:** | |
| **Found:** | Office | | |
| **Description:** | Seized Per Warrant | Copy of sales, invoices, copies of DL for purchases of car, handwritten note allowing person to put title car in their name (nominee), misc. sales invoices, ryder truck invoices | |

| | | | |
|---|---|---|---|
| **Control #:** | 33 | **Evidence Box:** | 5 |
| **Location:** | Office | **Locator Code:** | |
| **Found:** | Office Desk with Printer - Desk 1 | | |
| **Description:** | Seized Per Warrant | Invoices Penwoks Marine, Deck Receipts, Vehicle title for VA & DC, Dealer's bill of sale, dock receipts P &O parts, DC certificate of registration for Ace Imports, Darcars and college Park motor cars bill of sale, IRS EIN letter/ DC Notice of DC Bus Tax Registration | |

| | | | |
|---|---|---|---|
| **Control #:** | 34 | **Evidence Box:** | 5 |
| **Location:** | Office | **Locator Code:** | |
| **Found:** | Office Desk with Printer - Desk 1 | | |
| **Description:** | Seized Per Warrant | Dock Receipts- Ace Imports, Certificates of Title, Invoices, Misc docs showing descripition of vehicles purchased | |

| | | | |
|---|---|---|---|
| **Control #:** | 35 | **Evidence Box:** | 5 |
| **Location:** | Office | **Locator Code:** | |
| **Found:** | Office | | |
| **Description:** | Seized Per Warrant | Car order and bill of sales including suporting documents | |

| | | | |
|---|---|---|---|
| **Control #:** | 36 | **Evidence Box:** | 5 |
| **Location:** | Office | **Locator Code:** | |
| **Found:** | Office Desk with Printer - Desk 1 | | |
| **Description:** | Seized Per Warrant | Envelope containing odometer disclosure statements, temporary registration certificates, mv dealership app, misc invoices, correspdence, business cards, busines documents, copy of vehichle title, envelope w/ notes, bank receipt cashiers check, credit card receipts, titles, | |

| | | | |
|---|---|---|---|
| Control #: | 37 | Evidence Box: | 5 |
| Location: | Office | Locator Code: | |
| Found: | Beside Filing Cabinet | | |
| Description: | Seized Per Warrant | Various titles and bill of sales | |

| | | | |
|---|---|---|---|
| Control #: | 38 | Evidence Box: | 5 |
| Location: | Office | Locator Code: | |
| Found: | Floor Behind Desk 1 | | |
| Description: | Seized Per Warrant | Car Order and Bill of Sale, Certificate of title, Retail Certificate of Sale | |

| | | | |
|---|---|---|---|
| Control #: | 39 | Evidence Box: | 5 |
| Location: | Office | Locator Code: | |
| Found: | Top Drawer of 2nd Desk | | |
| Description: | Seized Per Warrant | Envelopes with notes on them and numbers, correspondence, receipts, misc. bills of sale, invoices, check stubs. | |

| | | | |
|---|---|---|---|
| Control #: | 40 | Evidence Box: | 6 |
| Location: | Office | Locator Code: | |
| Found: | Box on Credenza | | |
| Description: | Seized Per Warrant | Numerous ACE Imports Car Order and Bill of Sale Documents | |

| | | | |
|---|---|---|---|
| Control #: | 41 | Evidence Box: | 6 |
| Location: | Office | Locator Code: | |
| Found: | Office | | |
| Description: | Seized Per Warrant | Penbroke Marine services invoices, dock receipts, Ace Imports B of A acct ending 1529 Deposit Slips, Pohanka Auto group buyers orders, BofA copy of cashier check payable to Walter Ferguson, Notebook w/ handwritten notes | |

| | | | |
|---|---|---|---|
| Control #: | 42 | Evidence Box: | 6 |
| Location: | Office | Locator Code: | |
| Found: | Office | | |
| Description: | Seized Per Warrant | B of A transfer requst from Jeffrey Ogunbiyi, B of A Deposit slips for acct ending in 1529, Mamo transportation inovices, Middleton & Meads Company invoices, Penbroke Marine services invoices, B of A bank st'mts for acct 1529, wiring instructions fax from Mario Transport | |

| | | | |
|---|---|---|---|
| Control #: | 43 | Evidence Box: | 6 |
| Location: | Office | Locator Code: | |
| Found: | Box Under Desk | | |
| Description: | Seized Per Warrant | Title copy forms from Manheim Auto Auction, Bill of Sales from Penna Auto Dealers Exchange, Title Copy form from Fredericksbur auto auction, correspondence from Manheim auto auction re: titles, B of A correspondence | |

| | | | |
|---|---|---|---|
| Control #: | 44 | Evidence Box: | 6 |
| Location: | Office | Locator Code: | |
| Found: | 2nd Desk Bottom Drawer | | |
| Description: | Seized Per Warrant   Bill of Sale, Receipt of payments, Transaction List | | |

| | | | |
|---|---|---|---|
| Control #: | 45 | Evidence Box: | 6 |
| Location: | Office | Locator Code: | |
| Found: | 2nd Desk | | |
| Description: | Seized Per Warrant   Bills of Sales | | |

| | | | |
|---|---|---|---|
| Control #: | 46 | Evidence Box: | 6 |
| Location: | Office | Locator Code: | |
| Found: | 2nd Desk Bottom Drawer | | |
| Description: | Seized Per Warrant   Transaction List, Reciepts, Bills of Sale | | |

Control # 47
Description: Image copy of hard drive of Dell Laptop
Model number PP01L
LBL P/N 74FCDA02

Control # 48
Description: Image copy of hard drive of HP Compaq
Product number DM575S#ABA
S/N USV3350375